IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> REZA LANKARANI, and <br> FARAH PAKSERESHT, <br><br> Defendants. | Civil Action No.: 1:17-cv-3588 |

## NOTICE OF REMOVAL

Defendants, Reza Lankarani and Farah Pakseresht, by counsel, submit this Notice of Removal of action from the Hamilton County Superior Court (pending under Cause No. 29D02-1709-CC-008643) to the United States District Court for the Southern District of Indiana, Indianapolis Division.  This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446.

1. Plaintiff, NextGear Capital, Inc. ("Plaintiff NextGear") commenced an action on September 18, 2017, in the Hamilton County Superior Court entitled *NextGear Capital, Inc., v. Reza Lankarani, and Farah Pakseresht,* Cause No. 29D02-1709-CC-008643 (the "State Court Action").

2. Defendant, Reza Lankarani was served with a Summons and Complaint in the State Court Action on September 18, 2017. Defendant, Farah Pakseresht was served with a Summons and Complaint in the State Court Action on September 19, 2017.  This Notice of Removal is timely filed in accordance with 28 U.S.C. §§ 1446(b)(1), 1446(b)(2)(B), and all Defendants named in the State Court Action have joined in the Notice of Removal in accordance

with 28 U.S.C. § 1446(b)(2)(A). True and correct copies of the Summons and Complaint served upon Defendants are attached as *Exhibit A* (The documents included in *Exhibit A* are the only process, pleadings, and orders served upon the Defendants).

3. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332(a)(1) because the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and diversity of citizenship between the parties exists.

4. Plaintiff NextGear is a Delaware corporation with its principal place of business located at 1320 City Center Drive, Suite 100, Carmel, Indiana 46032. *Exhibit A*, Cmplt., ¶ 1.

5. Defendant, Reza Lankarani, is an individual citizen of the State of Oregon. *Exhibit A*, Cmplt., ¶ 2.

6. Defendant, Farah Pakseresht, is an individual citizen of the State of Oregon. *Exhibit A*, Cmplt., ¶ 3.

7. The Complaint alleges, *inter alia,* that the Plaintiff NextGear entered into a promissory note and security agreement with the Automobile Corporation (the "Note"). The Automobile Corporation is an automobile dealership owned by Defendant, Reza Lankarani. The Complaint further alleges that each Defendant is in breach of an individual guaranty entered into in favor of the Plaintiff NextGear guaranteeing the liabilities and obligations under the Note.

8. The Complaint further alleges that Defendant, Reza Lanakarani, converted proceeds resulting from the sale of secured collateral.

9. Plaintiff NextGear claims alleged damages for breach of guaranty in the amount of $1,806,639.54, *Exhibit A*, Cmplt., p.5; actual damages for conversion in the amount of

$859,888.09, *Exhibit A*, Cmplt., p.6, ¶ 39; and treble damages for conversion pursuant to Ind. Code § 34-24-3-1 *et seq*. in the amount of $2,579,664.20, Exhibit A, Cmplt., p.6.

10. Accordingly, the requisite elements of jurisdiction exist and Defendants are entitled to remove the State Court Action to the United States District Court for the Southern District of Indiana, Indianapolis Division, pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446.

11. Promptly after filing this Notice of Removal, Defendants shall give written notice of removal to the Plaintiff NextGear and file a copy of the Notice of Removal with the Clerk of the Hamilton County Superior Court in accordance with 28 U.S.C. § 1446(d).

Respectfully submitted this 6th day of October, 2017.

          */s/ Stephen E. Arthur*
          Stephen E. Arthur, #4055-49
          Charles E. Oswald, #27279-49
          HARRISON & MOBERLY, LLP
          10 West Market Street, Suite 700
          Indianapolis, Indiana  46204
          Telephone:     (317) 639-4511
          Facsimile:       (317) 639-9565
          Email:  sarthur@harrisonmoberly.com
                   coswald@harrisonmoberly.com

          *Attorneys for Defendants Reza Lankarani and Farah Pakseresht*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 6th day of October, 2017, a copy of the foregoing Defendant's *Notice of Removal* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further hereby certify that on October 6th, 2017, a copy of the foregoing Notice of Appearance was mailed, by first-class U.S. Mail, postage prepaid and addressed, to the following:

Michael G. Gibson
Amanda D. Stafford
1320 City Center Drive, Suite 100
Carmel, Indiana 46032
*Attorneys for NextGear Capital, Inc.*

> */s/ Stephen E. Arthur*
> Stephen E. Arthur, #4055-49
> Charles E. Oswald, #27279-49
> HARRISON & MOBERLY, LLP
> 10 West Market Street, Suite 700
> Indianapolis, Indiana  46204
> Telephone:   (317) 639-4511
> Facsimile:   (317) 639-9565
> Email:  sarthur@harrisonmoberly.com
>             coswald@harrisonmoberly.com
>
> *Attorneys for Defendants Reza Lankarani and Farah Pakseresht*