10/6/2017 Case 1:17-cv-03588-TWP-TAB Document 1-1 Filed 10/06/17 Page 1 of 2 PageID #: 5
Indiana Southern Civil Cover Sheet

JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**

First Listed Plaintiff:
NextGear Capital, Inc. ;
4 Incorporated or Principal Place of Business in This State;
**County of Residence:** Hamilton County

**Defendant(s):**

First Listed Defendant:
Reza Lankarani ;
2 Citizen of Another State; Oregon
**County of Residence:** Outside This District

Additional Defendants(s):
Farah Pakseresht ;
2 Citizen of Another State; Oregon

**County Where Claim For Relief Arose:** Hamilton County

**Plaintiff's Attorney(s):**

Attorney Michael G Gibson ( )

1320 City Center Drive, Suite 100
Carmel, Indiana 46032
**Phone:** 317-660-2507
**Fax:** 317-571-3737
**Email:** michael.gibson@nextgearcapital.com

Attorney Amanda D Stafford

1320 City Center Drive, Suite 100
Carmel, Indiana 46032
**Phone:** 317-688-9243
**Fax:** 317-571-3737
**Email:** amanda.stafford@nextgearcapital.com

**Defendant's Attorney(s):**

Stephen E. Arthur (Reza Lankarani)
Harrison and Moberly, LLP
10 W. Market Street, Suite 700
Indianapolis, Indiana 46204
**Phone:** 317-639-4511
**Fax:** 317-639-9565
**Email:** sarthur@harrisonmoberly.com

Charles E. Oswald IV
Harrison and Moberly, LLP
10 W. Market Street, Suite 700
Indianapolis, Indiana 46204
**Phone:** 317-639-4511
**Fax:** 317-639-9565
**Email:** Coswald@harrisonmoberly.com

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** 4 Incorporated or Principal Place of Business in This State

    **Defendant:** 2 Citizen of Another State

**Origin:** 2. Removed From State Court

    **State Removal County:** Hamilton County

    **State Removal Case Number:** 29D02-1709-CC-008643

**Nature of Suit:** 140 Negotiable Instruments

**Cause of Action:** This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446. 7. The Complaint alleges, inter alia, that the Plaintiff NextGear entered into a promissory note and security agreement

with the Automobile Corporation (the "Note"). The Automobile Corporation is an automobile dealership owned by Defendant, Reza Lankarani. The Complaint further alleges that each Defendant is in breach of an individual guaranty entered into in favor of the Plaintiff NextGear guaranteeing the liabilities and obligations under the Note.

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):** 2,666,527.63

    **Jury Demand:** No

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Stephen E. Arthur

**Date:** October 6, 2017

    If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.