UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REZA LANKARANI, and )<br>FARAH PAKSERESHT, )<br>)<br>Defendants. )<br>) | Civil Action No.: 1:17-cv-3588 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendants, Reza Lankarani and Farah Pakseresht.

Dated: October 6, 2017

HARRISON & MOBERLY, LLP

*/s/ Stephen E. Arthur*
Stephen E. Arthur, Atty. No. 4055-49
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana 46204
Telephone:   (317) 639-4511
Facsimile:    (317) 639-9565
sarthur@harrisonmoberly.com

*Attorney for Defendants Reza Lankarani and Farah Pakseresht*

## **CERTIFICATE OF SERVICE**

I hereby certified that on the 6th day of October, 2017, a copy of the foregoing *Notice of Appearance* was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

I further hereby certify that on October 6th, 2017, a copy of the foregoing *Notice of Appearance* was mailed, by first-class U.S. Mail, postage prepaid and addressed, to the following:

Michael G. Gibson
Amanda D. Stafford
1320 City Center Drive, Suite 100
Carmel, Indiana 46032
*Attorneys for NextGear Capital, Inc.*

                                              */s/ Stephen E. Arthur*
                                              Stephen E. Arthur, #4055-49
                                              HARRISON & MOBERLY, LLP
                                              10 West Market Street, Suite 700
                                              Indianapolis, Indiana  46204
                                              Telephone:     (317) 639-4511
                                              Facsimile:      (317) 639-9565
                                              Email:  sarthur@harrisonmoberly.com

                                              *Attorney for Defendants Reza Lankarani and Farah Pakseresht*