UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| | ) Civil Action No.: 1:17-cv-3588 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| REZA LANKARANI, and | ) |
| FARAH PAKSERESHT, | ) |
| | ) |
| Defendants. | ) |

### **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendants, Reza Lankarani and Farah Pakseresht.

Dated: October 6, 2017

    HARRISON & MOBERLY, LLP

    */s/ Charles E. Oswald*
    Charles E. Oswald, Atty. No.: 27279-49
    HARRISON & MOBERLY, LLP
    10 West Market Street, Suite 700
    Indianapolis, Indiana 46204
    Telephone:   (317) 639-4511
    Facsimile:   (317) 639-9565
    coswald@harrisonmoberly.com

    *Attorney for Defendants Reza Lankarani and Farah Pakseresht*

## **CERTIFICATE OF SERVICE**

I hereby certified that on the 6th day of October, 2017, a copy of the foregoing *Notice of Appearance* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further hereby certify that on October 6th, 2017, a copy of the foregoing *Notice of Appearance* was mailed, by first-class U.S. Mail, postage prepaid and addressed, to the following:

Michael G. Gibson
Amanda D. Stafford
1320 City Center Drive, Suite 100
Carmel, Indiana 46032
*Attorneys for NextGear Capital, Inc.*

/s/ *Charles E. Oswald*
Charles E. Oswald, #27279-49
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana  46204
Telephone:     (317) 639-4511
Facsimile:     (317) 639-9565
Email:   coswald@harrisonmoberly.com

*Attorney for Defendants Reza Lankarani and Farah Pakseresht*