IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> REZA LANKARANI, and <br> FARAH PAKSERESHT, <br><br> Defendants. | Civil Action No.: 1:17-cv-3588 |

**NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1446(d)**

Defendants, Reza Lankarani and Farah Pakseresht, by counsel, hereby give notice that on October 6, 2017, they complied with 28 U.S.C. § 1446(d) by filing, pursuant to Ind. Trial R. 5(F)(6), a "Notice of Filing of Notice of Removal" ("Notice of Filing"), with all required attachments, with the Clerk of the Superior Court of Hamilton County, Indiana, and by serving a copy of the papers upon Plaintiff's counsel of record, pursuant to Ind. Trial R. 5(B)(2), via first class United States mail, postage prepaid. The Clerk of the Superior Court of Hamilton County, Indiana received the aforementioned Notice of Filing, and made an entry on that action's Chronological Case Summary showing it deemed filed as of October 6, 2017.

*/s/ Charles E. Oswald*
Stephen E. Arthur, #4055-49
Charles E. Oswald, #27279-49
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana  46204
Telephone:    (317) 639-4511
Facsimile:    (317) 639-9565
Email:  sarthur@harrisonmoberly.com
         coswald@harrisonmoberly.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 10th day of October, 2017, a copy of the foregoing Defendant's *Notice of Compliance with 28 U.S.C. § 1446(d)* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further hereby certify that on October 10th, 2017, a copy of the foregoing *Notice of Compliance with 28 U.S.C. § 1446(d)* was mailed, by first-class U.S. Mail, postage prepaid and addressed, to the following:

Michael G. Gibson
Amanda D. Stafford
1320 City Center Drive, Suite 100
Carmel, Indiana 46032
*Attorneys for NextGear Capital, Inc.*

           */s/ Charles E. Oswald*
           Stephen E. Arthur, #4055-49
           Charles E. Oswald, #27279-49
           HARRISON & MOBERLY, LLP
           10 West Market Street, Suite 700
           Indianapolis, Indiana  46204
           Telephone:    (317) 639-4511
           Facsimile:      (317) 639-9565
           Email:   sarthur@harrisonmoberly.com
                      coswald@harrisonmoberly.com

*Attorneys for Defendants Reza Lankarani and Farah Pakseresht*