IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., ) | Civil Action No.: 1:17 –cv-03588-TWP-TAB |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| REZA LANKARANI, and ) | |
| FARAH PAKSERESHT, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION FOR DISMISSAL

Come now the plaintiff, NextGear Capital, Inc. ("Plaintiff"), and defendants Reza Lankarani and Farah Pakseresht (collectively, the "Defendants"), all by counsel hereby stipulate to the dismissal of Plaintiff's claims against the Defendants, without prejudice, and the dismissal of Defendants counterclaims against Plaintiff, WITH prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorney fees and costs.

Respectfully submitted October 30, 2017.


 /s/ Michael G. Gibson                   
Michael G. Gibson (#29665-49)
NextGear Capital, Inc.
1320 City Center Drive, Suite 100
Carmel, IN 46032
Telephone: (317) 660-2507
*Attorney for Plaintiff*

/s/ Charles E. Oswald                  
Stephen Arthur (#4055-49)
Charles E. Oswald (#27279-49)
Harrison and Moberly, LLP
10 W. Market Street, Suite 700
Indianapolis, IN 46204
Telephone: (317) 639-4511
*Attorney for Defendants*