IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., ) | Civil Action No.: 1:17 –cv-03588-TWP-TAB |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| REZA LANKARANI, and ) | |
| FARAH PAKSERESHT, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON JOINT STIPULATION FOR DISMISSAL**

Plaintiff and Defendants, by counsel, having filed their Joint Stipulation for Dismissal With Prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and the Court having reviewed such stipulation and being otherwise duly advised,

IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-captioned proceeding is hereby DISMISSED WITHOUT PREJUDICE, as to Reza Lankarani and Farah Pakseresht, with each party to bear its own attorney fees and costs.

IT IS FURTHER ORDERED that Defendants' Counterclaim in the above-captioned proceeding is hereby DISMISSED WITH PREJUDICE, as to NextGear Capital, Inc., with each party to bear its own attorney fees and costs

Date: 10/31/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system